UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

R. ALEXANDER ACOSTA, SECRETARY OF
LABOR, UNITED STATES DEPARTMENT
OF LABOR,

                              Plaintiff,                16-CV-6695-EAW-JWF

v.

LOCAL 435, LABORERS' INTERNATIONAL
UNION OF NORTH AMERICA,

                              Defendant.

## **CERTIFICATION OF ELECTION**

      The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of Settlement with Retention of Jurisdiction by the District Court entered December 27, 2018, in the United States District Court for the Western District of New York, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483) and in conformity with the constitution and bylaws of defendant labor organization, insofar as lawful and practicable, and no post-election complaints having been received concerning the conduct thereof, therefore:

      Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

          IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

                Carmen Serrett              President

| | |
|---|---|
| Eric Waters | Vice President |
| Sal Victorious | Recording Secretary |
| Daniel Kuntz | Business Manager/Secretary Treasurer |
| Alton B. Owens | Sergeant-At-Arms |
| | |
| Yvonne Agosto-Washburn | Executive Board Member #1 |
| Michael Gay | Executive Board Member #2 |
| Ace Roundtree | Executive Board Member #3 |
| | |
| Sal Victorious | Delegate to the District Council #1 |
| Michael Gay | Delegate to the District Council #2 |
| Ace Roundtree | Delegate to the District Council #3 |

Signed this 3rd day of July, 2019.

*Brian A. Pifer*
Brian A. Pifer, Chief
Division of Enforcement
Office of Labor-Management Standards
United States Department of Labor

2